# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

MUNICIPAL POLICE EMPLOYEES'
RETIREMENT SYSTEM

VERSUS

TOWN OF STONEWALL

NO. 2020 CW 0290

MAY 26, 2020

---

In Re:   Town of Stonewall, applying for supervisory writs,
         19th Judicial District Court, Parish of East Baton
         Rouge, No. 688504.

---

BEFORE:   McCLENDON, WELCH, AND HOLDRIDGE, JJ.

WRIT DENIED.

PMc
JEW
GH

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT